[No. 42607-9-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
ARTHUR STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 98-1-00032-4, John M. Meyer, J., entered April
2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42708-3-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TAVIN THOMAS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08148-0, Faith Ireland, J., entered May
18, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 42862-4-I.     Division One.     August 2, 1999.]

LEE LOVELAND, ET. AL., *Plaintiffs*, THE WARFORD
CORPORATION, *Respondent*, v. NOEL JAVELONA, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-29177-1, Robert S. Lasnik, J., entered
June 8, 1998. *Reversed* by unpublished opinion per Cox, J.,
concurred in by Baker and Appelwick, JJ.

[No. 42936-1-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
RENE HAYDEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-09238-4, Patricia H. Aitken, J., entered
June 5, 1998. *Affirmed* by unpublished per curiam opinion.